```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 15-03811-HWV
George T. Green                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh              Page 1 of 1              Date Rcvd: Nov 22, 2017
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2017.
              +Linda Anne Green,    8 Strassburg Circle,    Shrewsbury, PA 17361-1827

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Martin A Mooney    on behalf of Creditor   Toyota Motor Credit Corporation
               tshariff@schillerknapp.com, ahight@schillerknapp.com;kcollins@schillerknapp.com
              Matthew Christian Waldt    on behalf of Creditor   CitiMortgage, Inc. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Michael R Caum    on behalf of Debtor 1 George T. Green mikecaumesq@comcast.net
              Recovery Management Systems Corporation    claims@recoverycorp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

GEORGE T. GREEN

                      Debtor(s)

TOYOTA MOTOR CREDIT CORPORATION,

    vs.                  Movant(s)

GEORGE T. GREEN and
CHARLES J. DEHART, III, ESQUIRE (TRUSTEE),

                      Respondent(s)

**Chapter:** 13
**Case No.:** 1:15-bk-03811-HWV

**Nature of Proceeding:** Motion for Relief from Automatic Stay

**Document No.:** 50

### ORDER TO CONTINUE

Upon consideration of the Movant's Request to Continue Hearing with Concurrence,

**IT IS HEREBY ORDERED** that the request is granted and the hearing is continued to January 9, 2018, at 9:30 am in the United States Bankruptcy Court, The Ronald Reagan Federal Building, Bankruptcy Courtroom, Third Floor, Third and Walnut Streets, Harrisburg, Pennsylvania.

Dated: November 22, 2017

By the Court,

Henry W. Van Eck, Bankruptcy Judge

(JG)

---

Initial requests for a continuance of hearing (L.B.F. 9013-3, Request to Continue Hearing/Trial with Concurrence) shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

For procedures regarding telephonic appearance at a hearing, see the Court's website www.pamb.uscourts.gov, Telephonic Court Appearance link.

Electronic equipment, including cell phones, pagers, laptops, etc…, will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering.           Order to Continue 9/17