```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 15-03811-HWV
George T. Green                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: RyanEshel      Page 1 of 2      Date Rcvd: Dec 17, 2019
                       Form ID: fnldecnd    Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2019.
```
db              +George T. Green,    8 Strassburg Circle,    Shrewsbury, PA 17361-1827
cr              +Toyota Motor Credit Corporation,    c/o Schiller, Knapp, Lefkowitz & Hertze,    950 New Loudon Rd,
                  Suite 109,    Latham, NY 12110-2190
4692121         +Citi Mortgage, Inc,    1000 Technology Drive,    O Fallon, MO 63368-2240
4713928         #CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
4692122         +Home Depot,    PO Box 790393,    Saint Louis, MO 63179-0393
4697038        ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
                 (address filed with court:   First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,
                  Omaha, NE 68197)
4692124         +Robert Williams, Esquire,    1 E. Stow Road,    Marlton, NJ 08053-3118
4692125        ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Motor Credit,    PO Box 8026,    Cedar Rapids, IA 52409-8026)
4711980         +Toyota Motor Credit Corporation (See B10),    PO Box 9013,    Addison, Texas 75001-9013
4692126          Union Plus Credit Card,    PO Box 80027,    Salinas, CA 93912-0027
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4714331         +E-mail/Text: bncmail@w-legal.com Dec 17 2019 19:12:15      CERASTES, LLC,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4738642          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 17 2019 19:14:37
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4718470          E-mail/PDF: rmscedi@recoverycorp.com Dec 17 2019 19:14:37
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4692123          Linda A. Green
4706823*       ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
                 (address filed with court:   First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,
                  Omaha, NE 68197)
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2019 at the address(es) listed below:
```
              Andrew M. Lubin     on behalf of Creditor    CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED
               PASS-THROUGH CERTIFICATES, SERIES 2007-AMC4, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               alubin@milsteadlaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Martin A Mooney     on behalf of Creditor    Toyota Motor Credit Corporation
               kcollins@schillerknapp.com, acarmany@schillerknapp.com;bfisher@schillerknapp.com
              Matthew Christian Waldt     on behalf of Creditor    CitiMortgage, Inc. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Michael R Caum     on behalf of Debtor 1 George T. Green mikecaumesq@comcast.net
              Recovery Management Systems Corporation     claims@recoverycorp.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
　　　　　　United States Trustee　　ustpregion03.ha.ecf@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| George T. Green,<br>**Debtor 1** | Chapter 13<br>Case No. 1:15−bk−03811−HWV |

Social Security No.:
    xxx−xx−8198

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **George T. Green** in accordance with §1328 of the Bankruptcy Code.

Dated: December 17, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

**fnldec** (05/18)